# United States District Court

District of **MASSACHUSETTS**

CYPHERMINT, INC.
    Plaintiff
      v.

**SUMMONS IN A CIVIL CASE**

04 1 0236 GAO

7-ELEVEN, INC.
    Defendant

CASE NUMBER:

TO: 7-ELEVEN, INC.
    c/o CT Corporation System
    101 Federal Street
    Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY James J. Marcellino, Esq., MCDERMOTT, WILL & EMERY, 28 State Street, Boston, MA 02109

an answer to the compliant which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

FEB 3 - 2004
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: February 4, 2004 |
| NAME OF SERVER (PRINT): Jill Sartori | TITLE: Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served copies to Bernardo Montanez of Corporation Service Company, registered agent of 7-Eleven, Inc., at 84 State Street, Boston MA 02109 at 4:05 PM.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 4, 2004

*Signature of Server*

6 Beacon Street, Boston MA 02108
*Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.