UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 JUN 16  P 12: 17

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| CYPHERMINT, INC. )<br><br>                        Plaintiff, )<br><br> v. )<br><br> 7-ELEVEN, INC. )<br><br>                        Defendant ) | Civil Action No. 04-10236 GAO |

## NOTICE OF DISMISSAL

The Plaintiff hereby dismisses this action with prejudice and without costs.

Respectfully submitted,

_James J. Marcellino_

James J. Marcellino (BBO#318840)
McDermott, Will & Emery
28 State Street
Boston, MA 02109
617-535-4000

CERTIFICATION OF SERVICE
I hereby certify that a true copy of the above
document was served upon the attorney of record
for each other party by ____ hand ____ 6/15/04